CLOSED

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:07-cv-04068-TCP-WDW

Barone v. Davol, Inc. et al
Assigned to: Senior-Judge Thomas C. Platt
Referred to: Magistrate-Judge William D. Wall
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/28/2007
Date Terminated: 11/14/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Frank Barone** represented by **Michael G. Glass**
Rappaport Glass Greene & Levine LLP
1355 Motor Parkway
Hauppauge, NY 11749
631-293-2300
Fax: 631-293-2918
Email: mglass@rapplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Chadwick Cook**
Beasley, Allen, Crow, Methvin, Portis $ Miles, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36104
334-269-2343
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael S. Levine**
Rappaport Glass Greene & Levine LLP
1355 Motor Parkway
Hauppauge, NY 11749
631-293-2300
Fax: 631-293-2918
Email: mlevine@rapplaw.com

V.

**Defendant**

**Davol, Inc.** represented by **Samuel J. Abate, Jr.**

Pepper Hamilton LLP
620 Eighth Avenue
37th Floor
New York, NY 10018-1405
(212)808-2706
Fax: (866)738-9621
Email: abates@pepperlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **Samuel J. Abate, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | COMPLAINT *(Receipt #24144)* against Davol, Inc., C. R. Bard, Inc. $ 350, filed by Frank Barone. (Attachments: # 1 Civil Cover Sheet) (Ryan, Mary) (Entered: 09/28/2007) |
| 09/28/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc.. (Ryan, Mary) (Entered: 09/28/2007) |
| 10/01/2007 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 10/01/2007) |
| 10/29/2007 | 2 | First MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 2628547. by Frank Barone. (Levine, Michael) (Entered: 10/29/2007) |
| 10/29/2007 | 5 | Letter from Denise Morgan-Stone to Hon. Mary M. Lisi, Chief Judge, District of Rhode Island dated 10/24/07 re: I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter. Copy of CTO-7 attached. Re: MDL No. 1842 In Re: Kugel Mesh Hernia Patch Products Liability Litigation. (Mahon, Cinthia) (Entered: 11/02/2007) |
| 10/30/2007 | 3 | ANSWER to Complaint by Davol, Inc., C. R. Bard, Inc.. (Abate, Samuel) (Entered: 10/30/2007) |
| 10/30/2007 | 4 | DISCLOSURE of Interested Parties by Davol, Inc., C. R. Bard, Inc.. (Abate, Samuel) (Entered: 10/30/2007) |
| 10/30/2007 | | ORDER granting 2 Motion for Leave for Wesley Chadwick Cook to Appear pro hac vice on behalf of plaintiff, contingent upon payment of the requisite fee, Mr. Cook's registration for ECF, and the continued appearance of local counsel. Ordered by JudgeWilliam D. Wall on 10/30/07. (Hepworth, F.) (Entered: 10/30/2007) |
| 11/07/2007 | 6 | ORDER An Initial Conference will be held on September 17, 2007 at 11:00 a.m. Any request to adjourn this conference must be docketed as a letter motion or motion, and must include alternative dates acceptable to all parties. See attached for additional directives. Ordered by Judge William D. Wall on 11/7/07. (Attachments: # 1 WDW Individual Rules) |

| | | |
|---|---|---|
| | | (Hepworth, F.) (Entered: 11/07/2007) |
| 11/07/2007 | | ORDER re 6 Order. The order erroneously states that the Initial Conference will be held on September 17, 2007. The conference will be held on December 17, 2007 at 10:30 a.m. Ordered by Judge William D. Wall on 11/7/07. (Hepworth, F.) (Entered: 11/07/2007) |
| 11/13/2007 | 7 | Letter from Denise Morgan-Stone, Deputy Clerk, JPMDL, to David A. DiMarzio, Clerk, Dist. of Rhode Island, dated 11/9/07 re: enclosing a cert. copy of a conditional transfer order filed by the Panel on 10/24/07. (Mahon, Cinthia) (Entered: 11/27/2007) |
| 11/14/2007 | 8 | Email received from Paulette Dube, Deputy Clerk, District of Rhode Island, to Robert Heinemann dated 11/14/07 re: transfer of this case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. The Honorable Mary M. Lisi will preside ofer the cases. Re: MDL 1842 In re: Kugel Mesh Hernia Patch Products Liability Litigation Case number in RI: 07CV1950. (Mahon, Cinthia) (Entered: 11/27/2007) |
| 11/14/2007 | 9 | CONDITIONAL TRANSFER ORDER (CTO-7) directing the transfer of this case to the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 USC, Section 1407. With the consent of that court, all such actions have been assigned to the Hon. Mary M. Lisi. Signed by Jeffery N. Luthi, Clerk of the Panel, JPMDL, filed on 10/24/07. Case transferred to District of Rhode Island electronically. Civil Case Terminated. In Re: Kugel Mesh Hernia Patch Products Liability Litigation MDL No. 1842 Dist. of R.I. Case Number 07cv1950. (Mahon, Cinthia) (Entered: 11/27/2007) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/28/2007 09:14:39 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-04068-TCP-WDW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |